# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2473

_____

| | | |
|---|---|---|
| Carlos Humberto Vargas Barrios, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the Board of |
| | * | Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: November 21, 2011
Filed: November 22, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Carlos Humberto Vargas Barrios petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's decision to deny asylum and withholding of removal. After careful review, this court concludes that the denials of asylum and withholding of removal are supported by substantial evidence. *See Khrystotodorov v. Mukasey*, 551 F.3d 775, 781 (8th Cir. 2008). This court denies the petition. *See* 8th Cir. R. 47B.

_____